UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY N. THOMPSON, <br>     Plaintiff, <br> v. <br> DENNIS HERERRA, <br>     Defendant. | Case No. 17-cv-05163-DMR <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On August 15, 2017, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Beeler in *Thompson v. Herrera*, 3:17-cv-05141-LB to determine whether it is related to *Thompson v. Herrera*, 4:17-cv-5163-DMR.

**IT IS SO ORDERED.**

Dated: September 20, 2017

_____
Donna M. Ryu
United States Magistrate Judge